DOE, on the Demise of ELLIS and Another *v.* BRASEE.

*Friday,
December 8.*

APPEAL from the *Posey* Circuit Court.

*Per Curiam.*—Ejectment. Trial below upon the general issue, and judgment for the defendant. No objection was made to any evidence admitted, and no evidence offered was refused. A new trial was not asked.

The record presents no question that this Court can notice. *Galbreath* v. *Doe*, 8 Blackf. 366.

The judgment is affirmed with costs.

J. *Pitcher*, S. *Frisbie*, N. B. *Taylor*, and J. *Coburn*, for the appellants.

J. H. *Rea* and E. *Coburn*, for the appellee.